UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>LOUIS KOVACS, et al.,<br><br>    Defendants. | Case No.18-cv-04071-VKD<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST TO FOREGO THE JOINT SITE INSPECTION; REQUIRING JOINT STATUS REPORT**<br><br>Re: Dkt. No. 29 |

On February 4, 2019, the parties filed a joint stipulation and request to forego the joint site inspection required under General Order 56, in which they represented that they have reached an agreement regarding remediation of the alleged barriers to access at the property at issue. Dkt. No. 29. Based on that representation, the Court finds good cause has been shown for relief from the site inspection requirement and grants the stipulated request.

The parties shall file a joint status report updating the Court on the progress of settlement discussions and the status of a final settlement agreement by **February 19, 2019**.

**IT IS SO ORDERED.**

Dated: February 5, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge